# Western Farmers Electric Cooperative Invoice

Please Remit To:
Western Farmers Electric Coop
P.O. BOX 504804
ST. LOUIS MO 63150-4804
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 55418 |
| Invoice Date: | 05/28/2014 |
| Customer Number: | 11104 |
| Payment Terms: | NET DUE UPON RECEIPT |

Bill To:
STERLING PLANET, INC.
ATTN: VALERIE CHRISTOPHER
3500 PARKWAY LANE, SUITE 500
NORCROSS GA 30092
United States

**AMOUNT DUE:** USD

Amount Remitted

For billing questions, please call 405-247-3351

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| ROCKY RIDGE   GREEN-E CERTIFICATES April 1, 2013 to June 30, 2013 - Front half 2013 | | EA | | |
| ROCKY RIDGE   GREEN-E CERTIFICATES January 1, 2014 to March 31, 2014 - Front half 2014 | | EA | | |
| SUBTOTAL: | | | | |

TOTAL AMOUNT DUE :

Please wire transactions to:
CoBank
Greenwood Village, CO
ABA:
Account:
Customer:
SWIFT CODE:

Original

Exhibit 7

PeopleSoft BI
INVOICE PRINT SUMMARY - SELECTED BILLS

Report ID: BIIVCPN  Page No. 1
Report Action: INVOICE  Run Date 05/28/2014
Run Time 09:25:27

| Business Unit | Number of Bills | Total Invoice Amount | Currency |
|---|---|---|---|
| WFECO | 1 | | USD |

Total number of bills printed: 1

Exhibit 7