| | |
|---|---|
| **From:** | Ross, Richard |
| **Sent:** | Monday, June 23, 2014 2:43 PM |
| **To:** | 'Valerie Christopher' |
| **Subject:** | Rocky Ridge 2nd Qtr 2013 and 1st Quarter 2014 Attestation Fomrs |
| **Attachments:** | Rocky Ridge Wholesale Attestation Second Qurarter 2013; Rocky Ridge Generation Attestation 2nd Quarter 2013; Rocky Ridge Wholesale Attestation First Quarter 2014; Rocky Ridge Generator Attestation First Quarter 2014 |

**Importance:** High

Valerie
The attestation forms requested are attached. Please let me know if you have questions.
Thank you
Richard

Exhibit 9



# GREEN-E ENERGY RENEWABLE ATTESTATION FROM WHOLESALE PROVIDER OF ELECTRICITY OR RECS

### Cover Page

This attestation is a part of the reporting requirements of sellers of renewable energy that participate in the Green-e Energy Renewable Energy Certification Program ("Green-e Energy"). Green-e Energy is a voluntary program that provides consumer confidence in renewable energy by certifying renewable energy products that meet criteria developed by the Center for Resource Solutions (CRS). One criterion is that sellers of certified products undergo an annual sales and supply audit. A requirement of this audit is that participants make the chain of ownership of the renewable energy they sell transparent and verifiable, every step back to the generating facility.

Please read through the attestation and fill out both of the following pages, then return them to the company that requested it; you do not need to print or return this cover page. The information on this form is held strictly confidential and CRS will not share it with any other party except in aggregate form. This attestation is *not* a contract with Green-e Energy or CRS, and signing this form does *not* obligate you to have a direct relationship with Green-e Energy or CRS. There are *no* fees due to Green-e Energy or CRS associated with the signing this form.

For more information about Green-e Energy, please visit www.green-e.org. If you have any questions, please contact CRS verification staff at 415-561-2100. You may download electronic copies of this form from http://www.green-e.org/verif_docs.html.

May 2008
Copyright © 2008 Center for Resource Solutions. All rights reserved.

Exhibit 9


# Energy

# GREEN-E ENERGY RENEWABLE ATTESTATION FROM WHOLESALE PROVIDER OF ELECTRICITY OR RECS

## I. Wholesale Provider Information

Name of Wholesale Provider:   Western Farmers Electric Cooperative

Address of Provider: 701 N.E. 7th Street

Contact Person: Brian Hobbs   Title: V.P. Legal & Corporate Services

Telephone:  (405)247-4389  Fax: (405)247-4452        Email Address: b_hobbs@wfec.com

## II. Declaration

I, (print name and title) Brian Hobbs, V.P. Legal & Corporate Services declare that the (indicate with "x")[1] _____ electricity bundled with renewable attributes / X renewable attributes only[2] listed below were sold exclusively from: (name of Wholesale Provider) Western Farmers Electric Cooperative ("Provider") to: (name of REC provider, utility, or electric service provider) Sterling Planet, Inc. ("Purchaser").

I further declare that:

1) all the renewable attributes (including $CO_2$ benefits), including any emissions offsets, reductions or claims, represented by the renewable electricity generation listed below were transferred to Purchaser;

2) to the best of my knowledge, the renewable attributes were not sold, marketed or otherwise claimed by a third party;

3) Provider sold the renewable attributes only once;

4) the renewable attributes or the electricity that was generated with the attributes was not used to meet any federal, state or local renewable energy requirement, renewable energy procurement, renewable portfolio standard, or other renewable energy mandate by Provider, nor, to the best of my knowledge, by any other entity;

5) the electrical energy that was generated with the attributes was not separately sold, separately marketed or otherwise separately represented as renewable energy by Provider, or, to the best of my knowledge, by any other entity; and

6) the facilities that generated all of the renewable electricity / renewable attributes (as indicated above) sold to Purchaser are listed below by fuel type.

---

[1] Use separate forms to report electricity and REC sales.
[2] If Provider purchased electricity bundled with renewable attributes and has stripped off those attributes to sell in this transaction, and is selling the undifferentiated electricity to a utility or load-serving entity, see section III also.

May 2008   Green-e Energy Renewable Attestation from Wholesale Provider of Electricity or RECs   Page 1 of 2
Copyright © 2008 Center for Resource Solutions. All rights reserved.

Exhibit 9

*List the renewable MWhs sold or transferred to Purchaser identified below by quarter of generation as a separate line item.*

| Generator Name | Generator ID Number (EIA or OF) | Nameplate Capacity (MW) | Fuel Type (if biomass be specific, i.e. Landfill Gas) | # MWhs RECs / Elec Sold | First Date of Generator Operation (mm/yy) | Period of Generation (quarter/#/yy or mm/yy) | Selling as Green-e Energy Certified Wholesale? [4] (Yes/No) |
|---|---|---|---|---|---|---|---|
| Rocky Ridge Wind Project | DOE EIA 58078 | | Wind | | 06/2012 | 2nd Qtr. 2013 | NO |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### III. Additional Statement required of Provider selling electricity to Purchaser

I declare that the electricity listed above was delivered into the NERC region(s) or ISO(s) in which the Generator(s) listed above are located: Southwest Power Pool

### IV. Additional Statement required if Provider is selling only RECs to Purchaser and selling the associated electricity to a utility or load-serving entity

Please write the name of the utility or load-serving entity here: Western Farmers Electric Cooperative

As an authorized agent of Provider, I attest that the above statements are true and correct.

Signature _____    Date _6/2/14_

Anadarko, Oklahoma
Place of Execution

**This Attestation form is used by the Center for Resource Solutions to verify the accuracy of claims made by Participant renewable energy providers. The information on this form is held strictly confidential and will not be shared with any other party except in aggregate form.**

---

[3] For facilities that have added new renewable capacity, please indicate the amount and operational date of the new capacity and the existing capacity.
[4] Provider may only indicate 'Yes' if Provider has a contract with Green-e Energy to sell RECs/renewable energy wholesale as Green-e Energy certified, the MWh listed in each row of this table are sold to Purchaser as Green-e Energy certified, and the MWh listed will undergo Green-e Energy Annual Verification.

 **Energy**

Green-e

# Green-e Energy RENEWABLE Generator Registration Form and Attestation

## I. Facility Information

Name of Generation Facility ("Facility"): Rocky Ridge Wind Project

Company or Person that Owns Facility ("Seller"): Rocky Ridge Wind Project, LLC

Address of Facility:   13237 N2240 Road

Hobart, OK 73651

North American Electricity Reliability Corporation (NERC) region in which Facility is located:[1]   __SPP__

Facility ID Number:[2] _58078_ ☒ EIA or ☐ QF? (check one)   Nameplate Capacity (MW).

Date Facility was First Operational: 07/01/12   Date of Capacity Upgrade or Repowering:[3] ___/___/___

Contact Person: Stephen Pike   Title: VP, Operations

Telephone: 978-681-1900   Email Address: stephen.pike@enel.com

## II. Renewable electricity or RECs[4] supplied to Purchaser Indicated below, by fuel type

On the table below, list the renewable megawatt-hours (MWh) sold or transferred to Purchaser, broken down by quarter of generation in separate rows:

| Fuel Type | MWHs Generated | Period of Generation (quarter/yy or mm/yy) |
|-----------|----------------|---------------------------------------------|
| WIND | | Q1/2013 |
| WIND | | Q2/2013 |

---

[1] If you are unsure of which region Facility is in, see http://www.nerc.com/regional/
[2] Enter Energy Information Administration (EIA) identification number for the generating facility; if no EIA number, enter the utility-assigned Qualifying Facility (QF) identification number.
[3] If applicable.  Repowered facilities must meet Green-e Energy's criteria for repowering, available at http://www.Green-e Energy.org/docs/Repowering_Defin_and_Instructions.doc
[4] Renewable Energy Certificates, which represent the renewable attributes of 1 MWh of renewable electricity generation.
[5] If using biomass fuels, list out the specific type (i.e. landfill gas, wood waste, etc.) and fill in section IV below.

Exhibit 9

### III. Declaration

I, (print name and title)  **Stephen Pike**  , declare that the ☒ renewable electricity (electricity bundled with renewable attributes) / ☐ renewable attributes only[6] (check one) generated by Facility during the Period of Generation were sold exclusively from Seller to **Western Farmers Electric Cooperative ("Purchaser").**

I further declare that:

1) all the renewable attributes (including $CO_2$ benefits), including any emissions offsets, reductions or claims, represented by the renewable electricity generation listed above were transferred to Purchaser;

2) to the best of my knowledge, the renewable attributes were not sold, marketed or otherwise claimed by a third party other than Purchaser;

3) Seller sold the renewable attributes only once;

4) the renewable attributes or the electricity that was generated with the attributes was not used to meet any federal, state or local renewable energy requirement, renewable energy procurement, renewable portfolio standard, or other renewable energy mandate by Seller, nor to the best of my knowledge, by any other entity other than Purchaser;[7]

5) the renewable electricity sold or electricity associated with the attributes sold was not used on-site for powering electric generation equipment (parasitic load);

6) If Purchaser is receiving electricity bundled with renewable attributes from Seller, the renewable electricity was delivered into the NERC region in which Facility is located;

7) if Facility is located in Canada, it is EcoLogo certified and was throughout the Period of Generation; and

8) the electricity that was generated with the attributes was not separately sold, separately marketed or otherwise separately represented as renewable energy by Seller, or, to the best of my knowledge, any other entity other than Purchaser.

Please indicate the following:

Is Facility owner reporting its direct greenhouse gas emissions in a legally binding cap and trade program for the time period of generation listed on this form?

☐   Yes;[8] list the cap and trade program: _____
☒   No

If Seller is providing only RECs to Purchaser and selling the associated electricity to a utility or load-serving entity, please write the name of the utility or load-serving entity here: _____

☐   Check box if sale is part of a Qualifying Facility (QF) contract

---

[6] If selling renewable attributes to Purchaser without electricity, please fill in the name of the load serving entity buying the undifferentiated electricity, if applicable, at the bottom of this Declaration section.
[7] Renewable attributes used by Purchaser for any of the purposes listed in 4) are ineligible for Green-e Energy certification.
[8] In this case the renewable energy or RECs reported on this form may be ineligible for Green-e Energy certification. For more information, contact Green-e Energy Staff at 415-561-2100.

Exhibit 9

**IV. Additional statement required for and applicable to biomass facilities only**

1) I attest that no more than five percent (5%) fossil fuels and other fuels that are not Green-e Energy eligible, measured on a BTU basis, were used, including as a start-up, pilot or supplemental fuel, to produce the electricity and/or RECs in the above Green-e Energy eligible biomass generation plant or biomass boiler;

2) I attest that this facility was in substantial compliance with its operating permit regarding emissions during the Period of Generation reported above;

3) I attest that if this facility is subject to New Source Review (NSR), it was compliant with all standards pertaining to NSR during the period of generation reported above; and

4) I attest that Seller owned the renewable and environmental attributes of the biomass fuels I have listed in the table below at the time of the fuel's use for electricity generation.

| Biomass Fuel Type | Facility that Produced Fuel or Origin/Source of Fuel |
|---|---|
|  |  |
|  |  |

**V. Signature**

As an authorized agent of Seller, I attest that the above statements are true and correct.

Signature _____    Date  7/16/2013

Andover, MA
Place of Execution

GREEN-E ENERGY RENEWABLE GENERATOR REGISTRATION FORM AND ATTESTATION     PAGE 3 OF 3

Exhibit 9



# GREEN-E ENERGY RENEWABLE ATTESTATION FROM WHOLESALE PROVIDER OF ELECTRICITY OR RECS

### Cover Page

This attestation is a part of the reporting requirements of sellers of renewable energy that participate in the Green-e Energy Renewable Energy Certification Program ("Green-e Energy"). Green-e Energy is a voluntary program that provides consumer confidence in renewable energy by certifying renewable energy products that meet criteria developed by the Center for Resource Solutions (CRS). One criterion is that sellers of certified products undergo an annual sales and supply audit. A requirement of this audit is that participants make the chain of ownership of the renewable energy they sell transparent and verifiable, every step back to the generating facility.

Please read through the attestation and fill out both of the following pages, then return them to the company that requested it; you do not need to print or return this cover page. The information on this form is held strictly confidential and CRS will not share it with any other party except in aggregate form. This attestation is *not* a contract with Green-e Energy or CRS, and signing this form does *not* obligate you to have a direct relationship with Green-e Energy or CRS. There are *no* fees due to Green-e Energy or CRS associated with the signing this form.

For more information about Green-e Energy, please visit www.green-e.org. If you have any questions, please contact CRS verification staff at 415-561-2100. You may download electronic copies of this form from http://www.green-e.org/verif_docs.html.

May 2008
Copyright © 2008 Center for Resource Solutions. All rights reserved.

Exhibit 9



# GREEN-E ENERGY RENEWABLE ATTESTATION FROM WHOLESALE PROVIDER OF ELECTRICITY OR RECS

## I. Wholesale Provider Information

Name of Wholesale Provider:   Western Farmers Electric Cooperative

Address of Provider: 701 N.E. 7th Street

Contact Person: Brian Hobbs   Title: V.P. Legal & Corporate Services

Telephone: (405)247-4389 Fax: (405)247-4452          Email Address: b_hobbs@wfec.com

## II. Declaration

I, (print name and title) Brian Hobbs, V.P. Legal & Corporate Services declare that the (indicate with "x")[1] ____ electricity bundled with renewable attributes / X renewable attributes only[2] listed below were sold exclusively from: (name of Wholesale Provider) Western Farmers Electric Cooperative ("Provider") to: (name of REC provider, utility, or electric service provider) Sterling Planet, Inc. ("Purchaser").

I further declare that:

1) all the renewable attributes (including $CO_2$ benefits), including any emissions offsets, reductions or claims, represented by the renewable electricity generation listed below were transferred to Purchaser;

2) to the best of my knowledge, the renewable attributes were not sold, marketed or otherwise claimed by a third party;

3) Provider sold the renewable attributes only once;

4) the renewable attributes or the electricity that was generated with the attributes was not used to meet any federal, state or local renewable energy requirement, renewable energy procurement, renewable portfolio standard, or other renewable energy mandate by Provider, nor, to the best of my knowledge, by any other entity;

5) the electrical energy that was generated with the attributes was not separately sold, separately marketed or otherwise separately represented as renewable energy by Provider, or, to the best of my knowledge, by any other entity; and

6) the facilities that generated all of the renewable electricity / renewable attributes (as indicated above) sold to Purchaser are listed below by fuel type.

---

[1] Use separate forms to report electricity and REC sales.
[2] If Provider purchased electricity bundled with renewable attributes and has stripped off those attributes to sell in this transaction, and is selling the undifferentiated electricity to a utility or load-serving entity, see section III also.

May 2008   Green-e Energy Renewable Attestation from Wholesale Provider of Electricity or RECs   Page 1 of 2
Copyright © 2008 Center for Resource Solutions. All rights reserved.

Exhibit 9

*List the renewable MWhs sold or transferred to Purchaser identified below by quarter of generation as a separate line item.*

| Generator Name | Generator ID Number (EIA or QF) | Nameplate Capacity (MW) | Fuel Type (if biomass be specific i.e. Landfill Gas) | # MWhs RECs / Elec Sold | First Date of Generator Operation (mm/yy) | Period of Generation (quarter#/yy or mm/yy) | Selling as Green-e Energy Certified Wholesale?[4] (Yes/No) |
|---|---|---|---|---|---|---|---|
| Rocky Ridge Wind Project | DOE EIA 58078 | | Wind | | 06/2012 | 1st   Qtr. 2014 | NO |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**III. Additional Statement required of Provider selling electricity to Purchaser**

I declare that the electricity listed above was delivered into the NERC region(s) or ISO(s) in which the Generator(s) listed above are located: Southwest Power Pool

**IV. Additional Statement required if Provider is selling only RECs to Purchaser and selling the associated electricity to a utility or load-serving entity**

Please write the name of the utility or load-serving entity here: Western Farmers Electric Cooperative

As an authorized agent of Provider, I attest that the above statements are true and correct.

_____                    5/2/14
Signature                                              Date

Anadarko, Oklahoma
Place of Execution

**This Attestation form is used by the Center for Resource Solutions to verify the accuracy of claims made by Participant renewable energy providers. The information on this form is held strictly confidential and will not be shared with any other party except in aggregate form.**

---

[3] For facilities that have added new renewable capacity, please indicate the amount and operational date of the new capacity and the existing capacity.

[4] Provider may only indicate 'Yes' if Provider has a contract with Green-e Energy to sell RECs/renewable energy wholesale as Green-e Energy certified, the MWh listed in each row of this table are sold to Purchaser as Green-e Energy certified, and the MWh listed will undergo Green-e Energy Annual Verification.



# Green-e Energy RENEWABLE Generator Registration Form and Attestation

## I. Facility information

Name of Generation Facility ("Facility"): Rocky Ridge Wind Project

Company or Person that Owns Facility ("Seller"): Rocky Ridge Wind Project, LLC

Address of Facility:   13237 N2240 Road

Hobart, OK 73651

North American Electricity Reliability Corporation (NERC) region in which Facility is located:[1]   SPP

Facility ID Number:[2]  58078   ☒ EIA or ☐ QF? (check one)   Nameplate Capacity (MW\ ).

Date Facility was First Operational: 07/01/12      Date of Capacity Upgrade or Repowering:[3] ___/___/___

Contact Person: Mark McGrail                 Title: Senior Director Energy Management

Telephone:  978-681-1900                    Email Address: mark.mcgrail@enel.com

## II. Renewable electricity or RECs[4] supplied to Purchaser indicated below, by fuel type

On the table below, list the renewable megawatt-hours (MWh) sold or transferred to Purchaser, broken down by quarter of generation in separate rows:

| Fuel Type | MWHs Generated | Period of Generation (quarter/yy or mm/yy) |
|---|---|---|
| WIND | | Q1/2014 |

---

[1] If you are unsure of which region Facility is in, see http://www.nerc.com/regional/
[2] Enter Energy Information Administration (EIA) identification number for the generating facility; if no EIA number, enter the utility-assigned Qualifying Facility (QF) identification number.
[3] If applicable.  Repowered facilities must meet Green-e Energy's criteria for repowering, available at http://www.Green-e Energy.org/docs/Repowering_Defin_and_Instructions.doc
[4] Renewable Energy Certificates, which represent the renewable attributes of 1 MWh of renewable electricity generation.
[5] If using biomass fuels, list out the specific type (i.e. landfill gas, wood waste, etc.) and fill in section IV below.

**GREEN-E ENERGY RENEWABLE GENERATOR REGISTRATION FORM AND ATTESTATION     PAGE 1 OF 3**

Exhibit 9

## III. Declaration

I, (print name and title) **Stephen Pike**, declare that the ☒ renewable electricity (electricity bundled with renewable attributes) / ☐ renewable attributes only[6] (check one) generated by Facility during the Period of Generation were sold exclusively from Seller to **Western Farmers Electric Cooperative ("Purchaser").**

I further declare that:

1) all the renewable attributes (including $CO_2$ benefits), including any emissions offsets, reductions or claims, represented by the renewable electricity generation listed above were transferred to Purchaser;

2) to the best of my knowledge, the renewable attributes were not sold, marketed or otherwise claimed by a third party other than Purchaser;

3) Seller sold the renewable attributes only once;

4) the renewable attributes or the electricity that was generated with the attributes was not used to meet any federal, state or local renewable energy requirement, renewable energy procurement, renewable portfolio standard, or other renewable energy mandate by Seller, nor to the best of my knowledge, by any other entity other than Purchaser;[7]

5) the renewable electricity sold or electricity associated with the attributes sold was not used on-site for powering electric generation equipment (parasitic load);

6) if Purchaser is receiving electricity bundled with renewable attributes from Seller, the renewable electricity was delivered into the NERC region in which Facility is located;

7) if Facility is located in Canada, it is EcoLogo certified and was throughout the Period of Generation; and

8) the electricity that was generated with the attributes was not separately sold, separately marketed or otherwise separately represented as renewable energy by Seller, or, to the best of my knowledge, any other entity other than Purchaser.

Please indicate the following:

Is Facility owner reporting its direct greenhouse gas emissions in a legally binding cap and trade program for the time period of generation listed on this form?

☐  Yes;[8] list the cap and trade program: _____
☒  No

If Seller is providing only RECs to Purchaser and selling the associated electricity to a utility or load-serving entity, please write the name of the utility or load-serving entity here: _____

☐  Check box if sale is part of a Qualifying Facility (QF) contract

---

[6] If selling renewable attributes to Purchaser without electricity, please fill in the name of the load serving entity buying the undifferentiated electricity, if applicable, at the bottom of this Declaration section.
[7] Renewable attributes used by Purchaser for any of the purposes listed in 4) are ineligible for Green-e Energy certification.
[8] In this case the renewable energy or RECs reported on this form may be ineligible for Green-e Energy certification. For more information, contact Green-e Energy Staff at 415-561-2100.

**Exhibit 9**

**IV. Additional statement required for and applicable to biomass facilities only**

1) I attest that no more than five percent (5%) fossil fuels and other fuels that are not Green-e Energy eligible, measured on a BTU basis, were used, including as a start-up, pilot or supplemental fuel, to produce the electricity and/or RECs in the above Green-e Energy eligible biomass generation plant or biomass boiler;

2) I attest that this facility was in substantial compliance with its operating permit regarding emissions during the Period of Generation reported above;

3) I attest that if this facility is subject to New Source Review (NSR), it was compliant with all standards pertaining to NSR during the period of generation reported above; and

4) I attest that Seller owned the renewable and environmental attributes of the biomass fuels I have listed in the table below at the time of the fuel's use for electricity generation.

| Biomass Fuel Type | Facility that Produced Fuel or Origin/Source of Fuel |
|---|---|
|  |  |
|  |  |

**V. Signature**

As an authorized agent of Seller, I attest that the above statements are true and correct.

6/2/2014

Signature _____    Date _____

Andover, MA _____
Place of Execution

GREEN-E ENERGY RENEWABLE GENERATOR REGISTRATION FORM AND ATTESTATION     PAGE 3 OF 3

Exhibit 9