**From:** Witte, Melinda
**Sent:** Tuesday, June 24, 2014 4:33 PM
**To:** vchristopher@sterlingplanet.com
**Cc:** Ross, Richard
**Subject:** WFEC/Sterling Plant Invoice #55508

Good afternoon,

At the request of Richard Ross, I am e-mailing the attached invoice. Please contact Richard if you have concerns.

Thank you!

Melinda Witte
Exec. Secretary to V. P. & CFO
Western Farmers Electric Cooperative
405-247-4400
405-247-4444 fax
m_witte@wfec.com
www.wfec.com

1

**Exhibit 10**

# Western Farmers Electric Cooperative Invoice

**Please Remit To:**
Western Farmers Electric Coop
P.O. BOX 504804
ST. LOUIS MO 63150-4804
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 55508 |
| Invoice Date: | 06/24/2014 |
| Customer Number: | 11104 |
| Payment Terms: | NET DUE UPON RECEIPT |

**Bill To:**
STERLING PLANET, INC.
ATTN: VALERIE CHRISTOPHER
3500 PARKWAY LANE, SUITE 500
NORCROSS GA 30092
United States

AMOUNT DUE: USD

Amount Remitted

For billing questions, please call   405-247-3351

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| ROCKY RIDGE    GREEN-E CERTIFICATES | | EA | | |
| July 1, 2013 - December 31, 2013 (back half 2013) | | | | |
| Payment due June 30, 2014 | | | | |
| SUBTOTAL: | | | | |

TOTAL AMOUNT DUE :

Please wire transactions to:
CoBank
Greenwood Village, CO
ABA:
Account:
Customer:
SWIFT CODE:                                                           Original

**Exhibit 10**

PeopleSoft BI
INVOICE PRINT SUMMARY - SELECTED BILLS

Report ID:      BIIVCPN                                                     Page No.  1
Report Action:  INVOICE                                                     Run Date  06/24/2014
                                                                            Run Time  16:28:34

                Business Unit    Number of Bills    Total Invoice Amount    Currency

                WFECO                  1                                    USD

Total number of bills printed:         1

**Exhibit 10**