# Western Farmers Electric Cooperative Invoice

Please Remit To:
Western Farmers Electric Coop
P.O. BOX 504804
ST. LOUIS MO 63150-4804
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 55642 |
| Invoice Date: | 08/04/2014 |
| Customer Number: | 11104 |
| Due Date: | 07/31/2014 |

Bill To:
STERLING PLANET, INC.
ATTN: VALERIE CHRISTOPHER
3500 PARKWAY LANE, SUITE 500
NORCROSS GA 30092
United States

AMOUNT DUE: USD

Amount Remitted

||||||

For billing questions, please call  405-247-3351

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| ROCKY RIDGE    GREEN-E CERTIFICATES | | EA | | |
| JANUARY 1, 2014 - MARCH 31, 2014 (FRONT HALF 2014) | | | | |
| SUBTOTAL: | | | | |

TOTAL AMOUNT DUE :

Please wire transactions to:
CoBank
Greenwood Village, CO
ABA:
Account:
Customer:
SWIFT CODE:

Original

Exhibit 11

PeopleSoft BI
## INVOICE PRINT SUMMARY - SELECTED BILLS

Report ID: BIIVCPN  
Report Action: INVOICE

Page No. 1  
Run Date 08/04/2014  
Run Time 13:18:02

| Business Unit | Number of Bills | Total Invoice Amount | Currency |
|---|---|---|---|
| WFECO | 1 | | USD |

Total number of bills printed: 1

Exhibit 11