**From:** Witte, Melinda
**Sent:** Friday, October 03, 2014 4:32 PM
**To:** vchristopher@sterlingplanet.com
**Cc:** Ross, Richard
**Subject:** WFEC/Sterling Plant invoice#55845
**Attachments:** BIIVCPN_1565434.pdf

Good Friday afternoon.

At the request of Richard Ross, I am attaching a pdf of Western Farmers Electric Cooperative's invoice to Sterling Planet, Inc. for Green-e Certifiable Renewable Energy Certificates.

Please contact Richard if you have concerns.

Thank you.

Melinda Witte
Exec. Secretary to V. P. & CFO
Western Farmers Electric Cooperative
405-247-4400
405-247-4444 fax
m_witte@wfec.com
www.wfec.com

**Exhibit 17**

# Western Farmers Electric Cooperative Invoice

| Please Remit To: | | |
|---|---|---|
| Western Farmers Electric Coop | Page: | 1 |
| P.O. BOX 504804 | Invoice No: | 55845 |
| ST. LOUIS MO 63150-4804 | Invoice Date: | 10/03/2014 |
| United States | Customer Number: | 11104 |
| | Due Date: | 11/15/2014 |

Bill To:

STERLING PLANET, INC.
ATTN: VALERIE CHRISTOPHER
3500 PARKWAY LANE, SUITE 500
NORCROSS GA 30092
United States

**AMOUNT DUE:** JSD

Amount Remitted

For billing questions, please call    405-247-3351

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| ROCKY RIDGE    GREEN-E CERTIFICATES | | EA | | |
| APRIL 1, 2014 TO JUNE 30, 2014 (FRONT HALF 2014) | | | | |
| SUBTOTAL: | | | | |

TOTAL AMOUNT DUE :

Please wire transactions to:
CoBank
Greenwood Village, CO
ABA:
Account:
Customer:
SWIFT CODE:

Original

Exhibit 17

| Report ID: | BIIVCPN | | | Page No. 1 |
| Report Action: | INVOICE | | | Run Date 10/03/2014 |
| | | | | Run Time 16:27:20 |

| Business Unit | Number of Bills | Total Invoice Amount | Currency |
|---|---|---|---|
| WFECO | 1 | | USD |

Total number of bills printed: 1

Exhibit 17