| | |
|---|---|
| **From:** | Witte, Melinda |
| **Sent:** | Friday, November 07, 2014 1:03 PM |
| **To:** | vchristopher@sterlingplanet.com |
| **Cc:** | Ross, Richard |
| **Subject:** | WFEC/Sterling Planet Invoice #55928 |
| **Attachments:** | BIIVCPN_1578190.pdf |

Good afternoon,

At the request of Richard Ross, I am e-mailing to you invoice #55928 for Rocky Ridge Green-E Certificates.

Please contact Richard if you have concerns.

Thank you.

Melinda Witte
Exec. Secretary to V. P. & CFO
Western Farmers Electric Cooperative
405-247-4400
405-247-4444 fax
m_witte@wfec.com
www.wfec.com

# Western Farmers Electric Cooperative Invoice

Please Remit To:
   Western Farmers Electric Coop
   P.O. BOX 504804
   ST. LOUIS MO 63150-4804
   United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 55928 |
| Invoice Date: | 11/07/2014 |
| Customer Number: | 11104 |
| Due Date: | 12/15/2014 |

Bill To:
   STERLING PLANET, INC.
   ATTN: VALERIE CHRISTOPHER
   3500 PARKWAY LANE, SUITE 500
   NORCROSS GA 30092
   United States

AMOUNT DUE:                                  USD

_____
Amount Remitted

For billing questions, please call    405-247-3351

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| ROCKY RIDGE    GREEN-E CERTIFICATES | -- | EA | | |
| JULY 1, 2014 TO SEPTEMBER 30, 2014 (BACK HALF 2014) | | | | |
| SUBTOTAL: | | | | |

| TOTAL AMOUNT DUE : |

Please wire transactions to:
CoBank
Greenwood Village, CO
ABA:
Account:
Customer:
SWIFT CODE:                                                 Original

Exhibit 19

PeopleSoft BI
INVOICE PRINT SUMMARY - SELECTED BILLS

Report ID:      BIIVCPN                                                         Page No.  1
Report Action:  INVOICE                                                         Run Date  11/07/2014
                                                                                Run Time  13:00:18

            Business Unit        Number of Bills       Total Invoice Amount     Currency

            WFECO                       1                                       USD
            _____

Total number of bills printed:         1

Exhibit 19