**From:** Witte, Melinda
**Sent:** Thursday, February 05, 2015 6:06 PM
**To:** 'amarriner@sterlingplanet.com'
**Cc:** Ross, Richard
**Subject:** FW: WFEC/Sterling Planet invoice #56341
**Attachments:** BIIVCPN_1607361.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Hi, Andrew.

Since I received an "out of office" reply from Valerie, Richard Ross asked me to forward this invoice to you.

Thank you.
Melinda

---

**From:** Witte, Melinda
**Sent:** Thursday, February 05, 2015 5:19 PM
**To:** vchristopher@sterlingplanet.com
**Cc:** Ross, Richard
**Subject:** WFEC/Sterling Planet invoice #56341

Good afternoon.

At the request of Richard Ross, I am forwarding invoice #56341 for Green-e Certifiable REC's for Rocky Ridge.

Please contact Richard if you have concerns.

Thank you.

1
Exhibit 21

# Western Farmers Electric Cooperative Invoice

Please Remit To:
Western Farmers Electric Coop
P.O. BOX 504804
ST. LOUIS MO 63150-4804
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 56341 |
| Invoice Date: | 02/06/2015 |
| Customer Number: | 11104 |
| Due Date: | 03/15/2015 |

Bill To:
STERLING PLANET, INC.
ATTN: VALERIE CHRISTOPHER
3500 PARKWAY LANE, SUITE 500
NORCROSS GA 30092
United States

AMOUNT DUE: USD

Amount Remitted

For billing questions, please call 405-247-3351

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| ROCKY RIDGE       GREEN-E CERTIFICATES OCTOBER 1, 2014 - DECEMBER 31, 2014 (BACK HALF 2014) | 1 | EA | | |
| SUBTOTAL: | | | | |

TOTAL AMOUNT DUE :

Please wire transactions to:
CoBank
Greenwood Village, CO
ABA:
Account:
Customer:
SWIFT CODE:

Original

Exhibit 21

PeopleSoft BI
INVOICE PRINT SUMMARY - SELECTED BILLS

Report ID: BIIVCPN                                                    Page No. 1
Report Action: INVOICE                                                Run Date 02/05/2015
                                                                      Run Time 17:15:27

<u>Business Unit</u>      <u>Number of Bills</u>      <u>Total Invoice Amount</u>      <u>Currency</u>

WPECO                  1                                                  USD

---

Total number of bills printed:      1

**Exhibit 21**