Exhibit B

# Western Farmers Electric Cooperative Invoice

Please Remit To:
Western Farmers Electric Coop
P.O. BOX 504804
ST. LOUIS MO 63150-4804
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 55845 |
| Invoice Date: | 10/03/2014 |
| Customer Number: | 11104 |
| Due Date: | 11/15/2014 |

Bill To:
STERLING PLANET, INC.
ATTN: VALERIE CHRISTOPHER
3500 PARKWAY LANE, SUITE 500
NORCROSS GA 30092
United States

AMOUNT DUE: 196,310.99 USD

Amount Remitted

For billing questions, please call 405-247-3351

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| ROCKY RIDGE GREEN-E CERTIFICATES APRIL 1, 2014 TO JUNE 30, 2014 (FRONT HALF 2014) | 177,667.00 | EA | 1.11 | 196,310.99 |
| SUBTOTAL: | | | | 196,310.99 |
| TOTAL AMOUNT DUE: | | | | 196,310.99 |

Please wire transactions to:
CoBank
Greenwood Village, CO
ABA: 307088754
Account: 002503267
Customer: 19400240
SWIFT CODE: NBFCUS55

EXHIBIT 2

Original

PeopleSoft BI
INVOICE PRINT SUMMARY - SELECTED BILLS

Report ID:      BIIVCPN                                                    Page No.  1
Report Action:  INVOICE                                                    Run Date  10/03/2014
                                                                           Run Time  16:27:20

| Business Unit | Number of Bills | Total Invoice Amount | Currency |
|---------------|-----------------|----------------------|----------|
| WEECO         | 1               | 196,310.99           | USD      |

Total number of bills printed:    1

# Western Farmers Electric Cooperative Invoice

**Please Remit To:**
Western Farmers Electric Coop
P.O. BOX 504804
ST. LOUIS MO 63150-4804
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 55928 |
| Invoice Date: | 11/07/2014 |
| Customer Number: | 11104 |
| Due Date: | 12/15/2014 |

**Bill To:**
STERLING PLANET, INC.
ATTN: VALERIE CHRISTOPHER
3500 PARKWAY LANE, SUITE 500
NORCROSS GA 30092
United States

**AMOUNT DUE:** 136,863.09 USD

Amount Remitted _____

For billing questions, please call 405-247-3351

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| ROCKY RIDGE  GREEN-E CERTIFICATES  JULY 1, 2014 TO SEPTEMBER 30, 2014 (BACK HALF 2014) | 123,058.00 | EA | 1.11 | 136,863.09 |
| SUBTOTAL: | | | | 136,863.09 |
| **TOTAL AMOUNT DUE:** | | | | 136,863.09 |

Please wire transactions to:
CoBank
Greenwood Village, CO
ABA: 307088754
Account: 002503267
Customer: 19400240
SWIFT CODE: NBFCUS55

Original

PeopleSoft BI
INVOICE PRINT SUMMARY - SELECTED BILLS

Report ID: BIIVCPN
Report Action: INVOICE

Page No. 1
Run Date 11/07/2014
Run Time 18:00:18

| Business Unit | Number of Bills | Total Invoice Amount | Currency |
|---|---|---|---|
| WFECO | 1 | 136,863.09 | USD |

Total number of bills printed: 1

# Western Farmers Electric Cooperative Invoice

Please Remit To:
Western Farmers Electric Coop
P.O. BOX 504804
ST. LOUIS MO 63150-4804
United States

Page: 1
Invoice No: 56341
Invoice Date: 02/06/2015
Customer Number: 11104
Due Date: 03/15/2015

Bill To:
STERLING PLANET, INC.
ATTN: VALERIE CHRISTOPHER
3500 PARKWAY LANE, SUITE 500
NORCROSS GA 30092
United States

AMOUNT DUE: 166,771.02 USD

Amount Remitted

For billing questions, please call 405-247-3351

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| ROCKY RIDGE  GREEN-E CERTIFICATES OCTOBER 1, 2014 - DECEMBER 31, 2014 (BACK HALF 2014) | 150,924.00 | EA | 1.11 | 166,771.02 |
| SUBTOTAL: | | | | 166,771.02 |
| TOTAL AMOUNT DUE: | | | | 166,771.02 |

Please wire transactions to:
CoBank
Greenwood Village, CO
ABA: 307088754
Account: 002503267
Customer: 19400240
SWIFT CODE: NBFCUS55

Original

PeopleSoft BI
INVOICE PRINT SUMMARY - SELECTED BILLS

Report ID: BIIVCPN  
Report Action: INVOICE  

Page No. 1  
Run Date 02/06/2015  
Run Time 17:15:27  

| Business Unit | Number of Bills | Total Invoice Amount | Currency |
|---|---|---|---|
| WPECO | 1 | 166,771.02 | USD |

Total number of bills printed: 1